HIRAM CAMPBELL, Respondent, *v.* ALANSON S. PAGE, President, etc., Appellant.

(Argued June 14, 1872; decided June 20, 1872.)

THIS appeal presented for review an order denying a motion for a new trial, which motion was made upon the ground that the evidence did not support the verdict, and that the damages were excessive. Dismissed upon the ground that an appeal to this court from such an order does not lie.

*B. B. & G. N. Burt* for the appellant.

*Samuel Hand* for the respondent.

ALLEN, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.